# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| KIONA JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CREDIT PROTECTION ASSOCIATION, L.P., a foreign corporation; and DOES 1 to 10, inclusive,<br><br>        Defendant(s). | Case No.: 3:16-cv-00488-BJD-JRK<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, KIONA JACKSON, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: May 3, 2016

**CRUMLEY & WOLFE, P.A.**

By: /s/ Benjamin H. Crumley

Benjamin H. Crumley
2254 Riverside Ave.
Jacksonville, FL 32204
Telephone: 904-374-0113;
Facsimile: 904) 374-0113
Email: ben@cwbfl.com
*Attorney for Plaintiff*