UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KIONA JACKSON,**

  **Plaintiff,**

v.              Case No. 3:16-cv-488-J-39JRK

**CREDIT PROTECTION ASSOCIATION L.P., a foreign corporation and DOES 1 TO 10, inclusive,**

  **Defendants.**
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 7; Notice) filed by Plaintiff on June 14, 2016. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

 1. This case is **DISMISSED with prejudice.**

 2. The Clerk of the Court is directed to close the file.

**DONE and ORDERED** in Jacksonville, Florida this 15th day of June, 2016.

              BRIAN J. DAVIS
              United States District Judge

kr

Copies to: Counsel of Record